Filing # 149574610 E-Filed 05/13/2022 03:41:13 PM

IN THE CIRCUIT COURT OF THE 3RD JUDICIAL CIRCUIT
IN AND FOR SUWANNEE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO. 22-CA-63

MICHAEL CONNER and
JULIA WHITE,
    Plaintiffs,

vs.

AEGIS SECURITY INSURANCE
COMPANY,
a foreign corporation,
    Defendant.
_____/

## COMPLAINT FOR BREACH OF CONTRACT

COME NOW Michael Conner and Julia White ("Plaintiffs"), by and through the undersigned counsel, and hereby sue Aegis Security Insurance Company ("Defendant"), and in support thereof state the following:

1. This is an action for breach of an insurance contract and for damages that exceed $30,000.00, exclusive of interest, costs and fees.

2. Plaintiffs own the property located at 5762 Bulb Farm Road, Wellborn, Suwannee County, Florida 32094-2561 (the "Property"). Plaintiffs are *sui juris*.

3. Upon information and belief, Defendant is a foreign corporation doing business in Florida from a principal office located at 4507 N Front Street, Suite 200, Harrisburg, PA 17110.

4. Upon information and belief, Defendant regularly conducts business in Suwannee County, Florida.

5. Defendant agreed to insure the Property under Aegis Security Insurance Company Policy Number PMH0003238-03 (the "Policy"). *A true and correct copy of the Policy is attached hereto and incorporated herein as Exhibit A.*

6. At all times material hereto, in consideration of a premium paid by Plaintiffs, the Policy was in full force and effect.

7. On or about July 1, 2020, the Property suffered a direct, physical loss, resulting in severe damage, caused by a covered peril – specifically, roof and ensuing interior damage caused by a severe wind and hailstorm event (the "Loss").

8. Plaintiffs submitted a claim to Defendant seeking coverage under the Policy for the damage sustained during the Loss.

9. Defendant assigned claim number 830261 to the Loss (the "Claim").

10. After conducting its investigation of the Claim, on December 18, 2020 Defendant denied coverage for the Loss and refused to indemnify Plaintiffs for the damages sustained (the "Denial Letter"). *A true and correct copy of the Denial Letter is attached hereto and incorporated herein as Exhibit B.*

11. Plaintiffs retained a Public Adjuster to investigate the true extent of the damage sustained by the Property during the Loss and to help in enforcing Plaintiffs' rights under the Policy.

12. The investigation revealed damages to the Property with an estimated cost to repair of $87,875.67 (the "Damages Estimate"). *A true and correct copy of the Damages Estimate is attached hereto and incorporated herein as Exhibit C.*

13. Despite multiple attempts by Plaintiffs to reach an amicable resolution with Defendant, it has proven impossible.

14. Defendant has failed and refuses to provide Plaintiffs with coverage for the damages stemming from the Loss, in accordance with the terms of the Policy.

15. Plaintiffs have been obligated to retain the undersigned attorneys for the prosecution of this action and related efforts to enforce the Policy, and are entitled to reasonable attorney's fees pursuant to Florida Statutes §§ 626.9373 and/or 627.428.

16. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have otherwise been satisfied.

## COUNT I - BREACH OF CONTRACT

17. Plaintiffs reallege and incorporate all of the above in support of this count.

18. The Policy is a valid written contract between Plaintiffs and Defendant, wherein Plaintiffs agreed to pay a premium and Defendant agreed to insure the Property.

19. Plaintiffs paid all premiums due under the Policy and fully performed their obligations under the Policy.

20. Under the Policy, Defendant was obligated to pay the claim for damages, which were covered by the Policy.

21. Defendant has refused to pay the amounts due for the damages under the Policy.

22. Defendant breached the contract by repudiating its obligations to Plaintiffs and denying Plaintiffs the benefits of the Policy.

23. At all times material hereto, Plaintiffs have satisfied all post-loss obligations under the Policy.

24. As a result of Defendant's breach of the contract, Plaintiffs have suffered and continue to suffer damages.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court award a judgment for damages against Defendant for breaching the contract by wrongfully denying coverage and payment under the Policy, and for any additional relief as permitted by law and as

this Honorable Court deems appropriate, including interest, costs, attorney's fees pursuant to Florida Statutes §§ 626.9373 and/or 627.428, and all equitable remedies or other relief that may be appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs, pursuant to the Rules of Civil Procedure, hereby demand trial by jury on all issues so triable.

## DESIGNATION OF ATTORNEY E-MAIL ADDRESS PURSUANT TO RULE 2.516

The Professional Law Group, PLLC hereby designates the following email addresses for the purpose of service of all documents required to be served via email in this proceeding:

Primary email address:      yaragon@theprolawgroup.com
Secondary email address:  eservice@theprolawgroup.com

Dated: May 12, 2022.

                        Respectfully submitted,

                        */s/ Yemil Aragon*
                        The Professional Law Group, PLLC
                        Yemil Aragon, Esq.
                        Florida Bar No. 110322
                        4600 Sheridan St., Suite 303
                        Hollywood, FL 33021
                        Tel. (954) 284-0900
                        Fax. (954) 284-0747
                        E-mail: yaragon@theprolawgroup.com
                        E-mail: eservice@theprolawgroup.com
                        *Attorneys for Plaintiffs, Michael Conner and Julia White*