IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:22-cv-572

JULIA WHITE and
MICHAEL CONNER,
    Plaintiffs,

vs.

AEGIS SECURITY INSURANCE
COMPANY,
    Defendant

## NOTICE OF SETTLEMENT

**COME NOW** Plaintiffs, Julia White and Michael Conner, by and through their undersigned counsel and hereby give notice to the Court that the underlying claim in this matter has been resolved.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2022, a true and correct copy of the foregoing was emailed to:  All Parties listed on PACER.

Respectfully submitted,

/s/ Yemil Aragon
The Professional Law Group, PLLC
Yemil Aragon, Esq.
Florida Bar No. 110322
4600 Sheridan St., Suite 303
Hollywood, FL 33021
Tel.  (954) 284-0900
Fax.  (954) 284-0747
E-mail: yaragon@theprolawgroup.com
E-mail: yemileservice@theprolawgroup.com
*Attorneys for Plaintiffs, Julia White and Michael Conner*