UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JULIA WHITE and
MICHAEL CONNER

  Plaintiffs,

v.           CASE NO. 3:22-cv-572-MCR

AEGIS SECURITY INSURANCE
COMPANY,

  Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal of Action ("Notice") (Doc. 21), filed on November 23, 2022. In the Notice, the parties indicate their agreement to dismissal of this case with prejudice. (*See id.* at 1.)

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own costs and fees.

3. The Clerk of Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, on January 3, 2023.

                                        MONTE C. RICHARDSON
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record